BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Amelia Suarez,<br><br>    Plaintiff,<br><br>    v.<br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security, [1]<br><br>    Defendant. | No. 13-cv-00198-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to December 16, 2013, to file his brief. This extension is requested because Defendant's counsel has had a very heavy workload after returning from furlough.

Respectfully submitted,

/s/ Vijay Jagdish Patel *
VIJAY JAGDISH PATEL
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: October 14, 2013

/s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until December 16, 2013, in which to file an Opposition to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:   **November 15, 2013**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

2