Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
AMELIA SUAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA SUAREZ ) | Case No.: 1:13-cv-00198-BAM |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

   Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 24, 2014, in which to file Plaintiff's reply brief; and that all other deadlines set forth in the March 7, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **January 8, 2014**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

-1-