# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA SUAREZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:13-cv-00198-BAM<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed on April 2, 2015 (Doc. 26) ("the Stipulation"), IT IS ORDERED that fees and expenses in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $22.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

    Dated:  **April 4, 2015**              /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE